IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID MITCHELL WADDELL,
Inmate No. Q14575,
    Plaintiff,

vs.                                   Case No.: 5:17cv300/MCR/EMT

SEVERAL UNKNOWN AGENTS OF
HOLMES COUNTY FLORIDA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff, who is incarcerated, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On February 28, 2018, Plaintiff was given thirty (30) days in which to pay an initial partial filing fee in the amount of $21.73. When Plaintiff did not submit the fee, the court issued a show cause order, and then a report recommending dismissal, because of Plaintiff's failure to respond in any regard. While the Report and Recommendation was pending, Plaintiff finally responded, stating that he had been transferred to another jail or correctional facility (ECF No. 12). Plaintiff was then provided an extension of time, to June 8, 2018, in which to pay

the initial partial filing fee (ECF No. 14).  On June 18, 2018, after Plaintiff had again failed to submit the fee, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 15).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the initial partial filing fee, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 16<u>th</u> day of July 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 5:17cv300/MCR/EMT